## James Dawson, Plaintiff-Appellant, v. Maryland Casualty Company, Defendant-Appellee.

Term No. 52–M–3. 

M. J. Hanagan, of West Frankfort, for appellant; Pope & Driemeyer, of East St. Louis, for appellee. Opinion by PRESIDING JUSTICE BARDENS. **Not to be published in full.** Opinion filed October 1, 1952; released for publication November 13, 1952.